```
1   LAW OFFICE OF MONICA L. BERMUDEZ
    Monica L. Bermudez, SBN 275434
2   1670 M. Street
    Bakersfield, CA 93301
3   Tel: (661) 616-2141
4   Fax: (661) 322-7675
    Email: monica@lawbermudez.com
5
    Attorney for:
6   Michael Salsman
```

7                       UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:17-po-00104-JLT |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CHANGE OF PLEA HEARING |
| MICHAEL SALSMAN , | |
| Defendants. | [~~Proposed~~] Date: March 6, 2018<br>Time: 9:00 A.M.<br>**Courtroom: JLT** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON AND JOSHUA VANN, SUPERVISORY RANGER, DEATH VALLEY NATIONAL PARK:

**COMES NOW** Defendant, MICHAEL SALSMAN, by and through his attorney of record, MONICA L. BERMUDEZ, hereby requesting that the change of plea hearing currently set for Tuesday, December 5, 2017, be continued to Tuesday, March 6, 2018 at 9:00 a.m.

Defense Counsel, Monica L. Bermudez, will be unavailable on December 5, 2017 and the next available for the Court and Counsel is March 6, 2018. Defense Counsel has discussed the request to vacate and continue the hearing with both Mr. Tierney and Joshua Vann, neither have

1

an objection to Defense Counsel's request.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

DATED: 11/29/17

Respectfully Submitted,
*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Attorney for Defendant
Michael Salsman

DATED: 11/29/17

*/s/Joshua Vann*
JOSHUA VANN
Supervising Ranger
Death Valley National Park

## **ORDER**

GOOD CAUSE APPEARING, IT IS SO ORERED that the change of plea hearing currently set for December 5, 2017, before Honorable Jennifer L. Thurston is continued to Tuesday, March 6, 2018 at 9:00 a.m.

IT IS SO ORDERED.

Dated: **December 1, 2017**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

2